THE COOK LAW FIRM, P.C.
Philip E. Cook (State Bar No. 149067)
    pcook@cooklawfirm.la
707 Wilshire Boulevard, Suite 3600
Los Angeles, CA 90017
Telephone: (213) 988-6100
Facsimile: (213) 988-6099

AESTHETIC LEGAL, A.P.L.C.
Matthew Swanlund (State Bar No. 204542)
    matthew@aestheticlegal.com
12777 W Jefferson Blvd
Building D, Suite 300
Los Angeles, CA 90066
Telephone: (310) 486-6958
Facsimile:  (310) 943-1696

Attorneys for Plaintiff
TIM OKAMURA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| TIM OKAMURA,<br><br>            Plaintiff,<br><br>    vs.<br><br>GEARLAUNCH, INC.; THATCHER CLAFLIN SPRING; TEE ECO; BARRETT SUMMERLIN; and DOES 1 through 25, inclusive,<br><br>            Defendants. | Case No. 2:18-cv-05101-VAP-AFM<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL**

## <u>NOTICE OF VOLUNTARY DISMISSAL (F.R.C.P. 41(a)(1)(A)(i))</u>

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Tim Okamura, by and through his counsel, hereby gives notice that the above- captioned action is voluntarily dismissed, with prejudice, against Defendants Gearlaunch, Inc., Thatcher Claflin Spring, Tee Eco, and Barrett Summerlin.

Dated: September 13, 2018          THE COOK LAW FIRM, P.C.


By: /s/ _____
        Philip E. Cook

AESTHETIC LEGAL, A.P.L.C.


By: /s/ _____
        Matthew Swanlund

Attorneys for Plaintiff
TIM OKAMURA